## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 20-cr-0085 (WMW/LIB) |
| Plaintiff, | |
| v. | |
| Daniel James Fairbanks, | |
| Defendant. | |

---

## ORDER OF RECUSAL AND DIRECTION TO THE
## CLERK OF COURT FOR REASSIGNMENT OF CASE

The above-captioned case has been assigned to the undersigned Judge. Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses herself in this matter. Accordingly,

**IT IS HEREBY ORDERED** pursuant to this Court's Assignment of Cases Order dated January 10, 2020, that the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the appropriate list of the automated case assignment system.

Dated:  May 18, 2020　　　　　　　　　　　　s/Wilhelmina M. Wright  
　　　　　　　　　　　　　　　　　　　　　　Wilhelmina M. Wright  
　　　　　　　　　　　　　　　　　　　　　　United States District Judge