UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | File No. 20-cr-085(1) (ECT/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Daniel James Fairbanks, | |
| Defendant. | |

---

Defendant Daniel James Fairbanks has filed a motion to extend the deadline for filing sentencing position pleadings, which are currently due December 16, 2020. ECF No. 52. Fairbanks asks that the deadline be extended until two weeks before his sentencing hearing. A sentencing date has not yet been set, and the Government supports the request for an extension. *Id.* Defendant's motion for an extension of the deadline to file position pleadings [ECF No. 52] is therefore **GRANTED**.

Accordingly, **IT IS ORDERED THAT** the parties shall file their position pleadings no later than two weeks before the sentencing date that is set by the Court.

Date: December 17, 2020        s/ Eric C. Tostrud
                               Eric C. Tostrud
                               United States District Court